Andrew Weisbecker, Esq., OSB No. 030491
MARLER CLARK. L.L.P., P.S.
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: 206-346-1888
Fax: 206-346-1898
Email: bmarler@marlerclark.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

CHRISTOPHER COLLINS, an individual,

      Plaintiff,

vs.

CHIPOTLE MEXICAN GRILL, INC.,
a Delaware Corporation,

      Defendant.

**Case No.: 3:15–cv–02084-BR**

**NOTICE OF VOLUNTARY
DISMISSAL, WITH PREJUDICE**

      NOTICE IS HEREBY GIVEN that Plaintiff CHRISTOPHER COLLINS hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1)(A)(i), with prejudice, and without award of costs to any party.

      Fed. R. Civ. P. 41(a)(1) provides, in part, that an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.  The Defendant CHIPOTLE MEXICAN GRILL, INC. has to date filed neither an answer nor a motion for

NOTICE OF DISMISSAL

summary judgment.   Accordingly, no motion, stipulation of dismissal or court order is required under the rules.

The Plaintiff hereby respectfully requests that the Court dismiss this action without prejudice, and without award of costs to any party.

DATED:        May 18, 2016

MARLER CLARK, LLP, PS

Andrew Weisbecker, Esq., OSB No. 030491
Attorneys for Plaintiff
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206-346-1888
aweisbecker@marlerclark.com

NOTICE OF DISMISSAL

MARLER CLARK, LLP, PS
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206-346-1888